UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-62018-ALTMAN/Hunt

**ERIC ROGERS**,

    *Plaintiff*,

v.

**STIRLING PARK PLAZA INC.**,

    *Defendant*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

The parties filed a Stipulation of Dismissal with Prejudice [ECF No. 14] pursuant to FED. R. CIV. P 41(a)(1)(A)(ii). Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *with prejudice*. Each party shall bear its own attorneys' fees and costs. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on November 28, 2023.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record